| Supreme Court of Pennsylvania | | Allocatur Docket Sheet |
|---|---|---|
| |  | **Docket Number:** 136 EAL 2001 |
| | | Page 1 of 3 |
| | | August 7, 2006 |

Commonwealth of Pennsylvania, Respondent

v.

Paul McKernan, Petitioner

| | | | |
|---|---|---|---|
| Initiating Document: | Petition for Allowance of Appeal | | |
| Case Status: | Closed | | |
| Journal Number: | | | |
| Date Listed Submitted: | | | |
| Case Category: | Criminal | Case Type: | Murder |
| | | | Murder 1 |

**Consolidated Docket Nos.:**  **Related Docket Nos.:**

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | John P. Cotter, Esq. |
| | Cotter & Miller |
| Address: | 2541 South Broad Street |
| | Philadelphia, PA 19148-4309 |
| | Phone No.: (215)336-0343 |
| Representing: | Paul McKernan, Petitioner |
| Pro Se: No | |
| IFP Status: | Pa.R.A.P. 551 |

| | |
|---|---|
| Attorney: | Catherine Lynn Marshall, Esq. |
| Address: | Philadelphia District Attorney's Office |
| | 1421 Arch Street |
| | Philadelphia, PA 19102 |
| | Phone No.: (215)686-5730 |
| Representing: | Commonwealth of Pennsylvania, Respondent |
| Pro Se: No | |
| IFP Status: | |

### SUPREME COURT INFORMATION

Appeal From:

Notice of Appeal Filed Below:

| | | |
|---|---|---|
| Probable Jurisdiction Noted: | Docketed Date: | March 20, 2001 |
| Allocatur Grant Date: | Allocatur Docket No.: | |

PACMS Web Docket Sheet

Recent entries made in the appellate court filing offices may not be immediately reflected on web generated docket sheets.
Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these web docket sheets.

Supreme Court of Pennsylvania  Allocatur Docket Sheet

**Docket Number:** 136 EAL 2001

Page 2 of 3

August 7, 2006

## INTERMEDIATE APPELLATE COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Name: | Superior | Docket Number: | 2814 PHL 1998 |
| Date of Order: | February 16, 2001 | Reargument Denied: | |
| Judge(s): | Beck, Phyllis W. | | |
| | Johnson, Justin M. | | |
| | Todd, Debra | | |

Intermediate Appellate Court Action: Affirmed

Referring Court:

## TRIAL COURT/AGENCY INFORMATION

Court Below: Philadelphia County Court of Common Pleas

Lower Court Docket Number: 9710-0612

County: Philadelphia

Division: Criminal

Date of Trial Court/Agency Order: July 16, 1998

OTN: M7662933

Order Type: Judgment of Sentence

Judge: Richette, Lisa A., Senior Judge

## ORIGINAL RECORD CONTENTS

## BRIEFS

## REARGUMENT/RECONSIDERATION REMITTAL

Reargument/Reconsideration Filed Date:

Reargument Disposition:                    Date:

Record Remitted:

## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Related Journal Number: | | Judgment Date: | March 27, 2001 |
| Disposition Category: | Disposed Before Decision | Disposition Author: | Office of the Prothonotary |
| Disposition: | Withdrawn | Disposition Date: | March 27, 2001 |

PACMS Web Docket Sheet

Recent entries made in the appellate court filing offices may not be immediately reflected on web generated docket sheets.
Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these web docket sheets.

8/7/2006                                                                                                          1241

| Supreme Court of Pennsylvania |  | Allocatur Docket Sheet |
|---|---|---|
| | | **Docket Number:** 136 EAL 2001 |
| | | Page 3 of 3 |
| | | **August 7, 2006** |

Dispositional Filing:           Author:

Filed Date:

### DOCKET ENTRIES

| Filed Date | Docket Entry/Document Name | Party Type | Filed By |
|---|---|---|---|
| March 14, 2001 | Petition for Allowance of Appeal Filed | | |
| | | Petitioner | McKernan, Paul |
| March 14, 2001 | Verified Statement in Support of Continuation of IFP Status | | |
| | | Petitioner | McKernan, Paul |
| March 16, 2001 | Order Granting Continuation of IFP Status | | |
| | | | Person, John W. |
| March 27, 2001 | Withdrawn | | |
| | | Petitioner | McKernan, Paul |
| March 27, 2001 | Notice of Disposition Sheet Exited | | |
| | | | Office of the Prothonotary |
| March 27, 2001 | Notice of Discontinuance | | |
| | | | Office of the Prothonotary |

### Cross Court Actions

Docket Number:           2814 PHL 1998

PACMS Web Docket Sheet

Recent entries made in the appellate court filing offices may not be immediately reflected on web generated docket sheets.
Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these web docket sheets.

8/7/2006           1241