IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL McKERNAN, | : | CIVIL ACTION |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN A. PALAKOVICH, et al., | : | No. 06-2118 |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 22nd day of October, 2014, upon consideration of the petition for writ of *habeas corpus* with supporting exhibits (paper no. 1); response to petition for writ of *habeas corpus* by respondents with supporting exhibits (paper no. 8); Report and Recommendation of Magistrate Judge Thomas J. Rueter regarding the petition of Paul McKernan (paper no. 14); petitioner's objections to magistrate judge's Report and Recommendation (paper no. 25); response to objections to Report and Recommendation by respondents (paper no. 18); petitioner's counseled amended objections to magistrate judge's Report and Recommendation with supporting exhibits (papers no. 38, 39, 40); response to amended objections to magistrate judge's Report and Recommendations (paper no. 43); letter regarding proposed amendments to petition (paper no. 48); the record of petitioner's case in state court and the evidence presented at the evidentiary hearing held by this court on November 24, 2008; letter regarding evidence of actual innocence from counsel for petitioner (paper no. 51); response to letter regarding evidence of actual innocence by respondents (paper no. 53); reply to response to letter regarding evidence of actual innocence by counsel for petitioner (paper no. 54); correspondence regarding recent decisions (papers no. 55, 56, 57, 58, 59, 60, 61, 62).

It is **ORDERED** that:

    1.  Petitioner Paul McKernan's Petition for Writ of *Habeas Corpus* is **DENIED** as to all claims.

    2.  In accordance with 28 U.S.C. § 2253, a certificate of appealability is **GRANTED**.

/s/ Norma L. Shapiro

J.